UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA



Case No: 01-4083-LSS
WD/Missouri# 01-3021-10-CR-IC:

United Statesของ America

v

Charles Williams

## WAIVER OF REMOVAL HEARING

I   Charles Williams                       , charged in a proceeding pending in the
Western           district of   Missouri         , with violation of
( PWID crack cocaine & conspiracy )

and having been arrested in the Southern District of Florida and taken before  LURANA S. SNOW
United States Magistrate Judge for that district, who informed me of the charge and of my right
to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have
a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned
magistrate judge and consent to the issuance of a warrant for my removal to the

Western        district of    Missouri       where the aforesaid charge is
pending against me.

March 26, 20 01     Charles O. Will

Signature of defendant

Lurana S. Snow

LURANA S. SNOW
United States Magistrate Judge