UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.    01-4083-LSS
WD/MIssouri#   01-3021-10-CR-IOW

UNITED STATES OF AMERICA

vs

Charles williams

FILED by _C.M_ D.C.

MAR 2 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER OF REMOVAL

It appearing that in the ___Western___ District of ___Missouri___

complaint/indictment/information was issued/returned/filed against

___Charles williams___ hereinafter called the defendant, on a charge of

___PWID crack cocaine &___ , that the defendant was arrested in this District
    conspiracy
and was given a hearing before a United States Magistrate at Fort Lauderd

Florida, which official committed him for removal to the ___western___

District of ___Missouri___ , it is

ORDERED AND ADJUDGED that the defendant be removed to the above name

district for trial on said charge.

And it further appearing that the defendant waived further hearing i

the said removal proceedings and was held by the Magistrate for removal i

posted bail in the amount of $ _/00,000_ surety/personal surety, wh

was approved by the United States Magistrate, and it is further

ORDERED that the defendant shall appear in the aforesaid district a

such times and places as may be ordered by the District Court for the sa

district, in accordance with the terms and conditions of aforesaid bail

furnished by the defendant, and it is further

ORDERED that the funds, plus interest, deposited on behalf of this

defendant with the Clerk of the Court under the Bail Reform Act be trans

ferred to the district where removed.

DONE AND ORDERED at Fort Lauderdale, Florida, this __26__ day of

___March___ , 20 _01_

_____
UNITED STATES MAGISTRATE
LURANA S. SNOW